No. 02-1218C

(Filed: April 1, 2003)

***********************************
*
**MARATHON ASHLAND** *
**PETROLEUM LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the status conference held on April 1, 2003, it is hereby ORDERED that:

(1) This case is STAYED until the Court renders a decision on the pending cross-motions for summary judgment in *Sunoco, Inc. & Puerto Rico Sun Oil Co. v. United States*, No. 02-466C and notifies the parties that it has lifted the stay.

(2) After the Court has issued a decision in *Sunoco*, the Court will contact the parties to schedule a status conference.

(3) The parties shall engage in limited discovery up to the time of decision in *Sunoco*, consisting of the exchange of appropriate contract filings.

s/ Chief Judge Edward J. Damich