IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARATHON ASHLAND PETROLEUM LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | No. 02-1218C |
| THE UNITED STATES, | ) | (Chief Judge Damich) |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's April 26, 2005 Order, Plaintiff, Marathon Ashland Petroleum LLC ("MAP"), on behalf of both MAP and Defendant, the United States, respectfully submits this Status Report in response to the Court's inquiry concerning the issuance of a Federal Circuit decision in the similarly-situated case of *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005).

Plaintiffs-Appellants in *Tesoro*, also represented by counsel of record for MAP here, have stated that they intend to file a petition for rehearing *en banc* before the Federal Circuit. Because *Tesoro* involves the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case, MAP and the United States jointly request that the Court continue the stay of proceedings in this case until resolution of the petition for rehearing *en banc* in *Tesoro*. Should the Court grant the parties' request to continue the stay, the parties will file a

Status Report within fourteen days of the issuance of the mandate in *Tesoro*.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-3300 (fax)

Counsel for Plaintiff,
Marathon Ashland Petroleum LLC

*Of Counsel:*

Lisa A. Lay
Michael F. Jordan
Marathon Ashland Petroleum LLC
539 South Main Street
Findlay, OH 45840-3295

May 4, 2005