IN UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARATHON ASHLAND PETROLEUM LLC,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-1218C<br>(Chief Judge Damich) |

## **MOTION TO STAY**

Plaintiff, Marathon Ashland Petroleum LLC ("Marathon"), respectfully requests that the Court stay proceedings in this matter until judgment is entered in one of the other three similarly situated cases also pending before Your Honor. For the reasons set forth below, Marathon believes that entry of a stay in the present case is in the interest of justice and requests that its motion be granted. Defendant does not oppose this motion.

Marathon seeks recovery of approximately $87 million under five military fuel contracts entered with the Defense Energy Support Center ("DESC"). Marathon challenges the price DESC set under the military fuel contracts on seven grounds, including: (1) illegality; (2) misrepresentation; (3) breach of contract; (4) an implied-in-fact contract; (5) failure of consideration and frustration of purpose; (6) mistake; and (7) a taking. Three other cases currently pending before Your Honor also seek recovery from DESC based on similar grounds. These three cases are *Sunoco, Inc. v. United States*, No. 02-466C (Fed. Cl.); *Chevron U.S.A, Inc. v. United States*, No. 03-288C (Fed. Cl.); and *Shell Oil Company v. United States*, No. 04-1240C (Fed. Cl.). Until recently, all three of these cases as well as the present case were stayed pending resolution of the certified appeal in *Tesoro Hawaii Corp. v. United States*, 405 F.3d 1339 (2005). The government has not yet filed an Answer in any of the cases.

Marathon seeks to stay proceedings in its case prior to the filing of an Answer because Marathon believes that a stay will permit the case to be resolved more cost-effectively. Marathon believes that if one of the other cases pending before Your Honor is resolved first, Marathon's case likely can proceed more quickly and, therefore, in a less costly way. Marathon perceives no prejudice to DESC or added burden to the Court as a result of the requested stay. Either the case will proceed more quickly following judgment in one of the other cases and lifting of the stay here, or, at most, the case will follow the same course it would have in the absence of the stay, albeit at a later date. The only potential prejudice is to Marathon, through delay in its sought-after recovery. Should circumstances change with respect to the stay, either party or the court, *sua sponte*, may revisit the stay to insure that the interests of justice are preserved.

For the foregoing reasons, Marathon respectfully requests that its Motion to Stay be granted and that proceedings in this case be stayed until judgment is entered in *Sunoco*, *Chevron* or *Shell*.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
Marathon Ashland Petroleum LLC

*Of Counsel:*

Suzanne Gagle
Michael F. Jordan
Marathon Ashland Petroleum LLC
539 South Main Street
Findlay, OH 45840-3295

October 11, 2005