IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARATHON ASHLAND PETROLEUM, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1218C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF NAME CHANGE**

Please take notice that, effective August 31, 2007, the name of the law firm of counsel of record for Plaintiff, Mayer, Brown, Rowe & Maw LLP, will be Mayer Brown LLP. The address remains the same. Kindly use the new firm name in documents after August 31, 2007.

Respectfully submitted,

s/ J. Keith Burt

J. KEITH BURT
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiff,
Marathon Ashland Petroleum, LLC

*Of Counsel*:

Ms. Suzanne Gagle
Marathon Petroleum Company LLC
539 South Main Street
Findlay, OH 45840-3295

August 16, 2007