# In the United States Court of Federal Claims

No. 02-1218C
(Filed: December 5, 2007)

***********************************

**MARATHON ASHLAND PETROLEUM, LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

***********************************

**ORDER**

In light of the continuing settlement discussions reported in the parties' Joint Status Report of November 30, 2007, the Court extends the stay of proceedings in this case. The parties shall file a Joint Status Report on or before Friday, January 4, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge